AO 91 (Rev. 02/09)  Criminal Complaint

DoA

01-08-20

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
| v. | ) | |
| Pedro Contreras-Picario | ) | Case No.  20 - 9019 mj |
| (A078 047 558) | ) | |
| *Defendant* | ) | |
| | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 25, 2019, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Pedro Contreras-Picario, an alien, was found in the United States of America at or near Tempe, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about September 12, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, Jr., P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jaime Galvez,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  January 9, 2020

_____
*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
_____
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Jaime Galvez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 25, 2019, Pedro Contreras-Picario was arrested by the Tempe Police Department and booked into the Tempe City Jail (TCJ) on local charges. While incarcerated at the TCJ, Contreras-Picario was examined by ICE Officer D. Clemmons who determined Contreras-Picario to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the TCJ. On December 25, 2019, Contreras-Picario was released from the TCJ and transported to the Phoenix ICE office for further investigation and processing. Contreras-Picario was held in administrative custody, until his criminal and immigration records could be obtained and his identity confirmed. Contreras-Picario was released on an order of supervision from administrative custody on December 25, 2019. On January 8, 2020, Contreras-Picario reported back to the Phoenix ICE office and was held in administrative custody.

1

3. Immigration history checks revealed Pedro Contreras-Picario to be a citizen of Mexico and a previously deported criminal alien. Contreras-Picario was removed from the United States to Mexico through Calexico, California, on or about September 12, 2014, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Contreras-Picario in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Contreras-Picario's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Pedro Contreras-Picario was convicted of Unlawful Use of Means of Transportation, a felony, on May 25, 2000, in the Superior Court of Arizona, Pima County. Contreras-Picario was sentenced to fifty-three (53) days of incarceration, and three (3) years of unsupervised probation. Contreras-Picario's criminal history was matched to him by electronic fingerprint comparison.

5. On December 25, 2019, Pedro Contreras-Picario was advised of his constitutional rights. Contreras-Picario freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about December 25, 2019, Pedro Contreras-Picario, an alien, was found in the United States of America, at or near Tempe, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

2

at or near Calexico, California, on or about September 12, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) enhanced by (b)(1).

Jaime Galvez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 9th day of January, 2020.

Eileen S. Willett,
United States Magistrate Judge

3